IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GEORGE GUTHRIE                                                                                          PLAINTIFF
ADC #163208

v.                                         Case No. 4:16-cv-00613-KGB/BD

MELANIE D JONES-FOSTER, *et al.*                                                         DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 16). The parties have not filed objections. After careful review of the Partial Recommended Disposition, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 16).

Plaintiff George Guthrie's motion for leave to file an amended complaint is granted in part and denied in part (Dkt. No. 6). To the extent that Mr. Guthrie moves to amend his complaint by adding Warden Cashion as a defendant in this action and by bringing a retaliation claim against him, his motion is granted. To the extent that Mr. Guthrie moves to amend his complaint by adding a retaliation claim against separate defendant Vesta Mullins-Blanks, his motion is granted. Mr. Guthrie's motion is otherwise denied.

So ordered this 1st day of December, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge