IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GEORGE GUTHRIE                                                                                    PLAINTIFF
ADC #163208

v.                                    Case No. 4:16-cv-00613-KGB/BD

MELANIE D JONES-FOSTER, *et al.*                                                          DEFENDANTS

## ORDER

Before the Court is a Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 52). No objections to the Recommended Disposition have been filed, and the time for filing objections has passed. After review, this Court adopts the Recommended Disposition in its entirety as this Court's findings in all respects. Defendant Mark Cashion's motion for summary judgment is granted (Dkt. No. 45). This Court dismisses without prejudice plaintiff George Guthrie's claims (Dkt. Nos. 2, 6, 27). Judgment will be entered accordingly.

So ordered this 9th day of July, 2018.

Kristine G. Baker
United States District Judge