IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GEORGE GUTHRIE**  **PLAINTIFF**
ADC #163208

v. Case No. 4:16-cv-00613-KGB/BD

**MELANIE D JONES-FOSTER,** *et al.* **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff George Guthrie's claims are dismissed without prejudice.

So adjudged this 9th day of July, 2018.

_____
Kristine G. Baker
United States District Judge